*handwritten:* 3-30-05 in Boston

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

David Bremner, Individually and as Father and Next Friend of Molly Bremner, and Vicki Baker

V.

A.B. Chance Company and Hubbell Incorporated

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-40253 FDS

TO: (Name and address of Defendant)

Hubbell Incorporated
3902 W. Sample Street
South Bend, IN 46619

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Halpern
4 Longfellow Place, Suite 3703
Boston MA 02114

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

*Sherry Jones* (By) DEPUTY CLERK

DATE 12-10-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/29/05 |
| NAME OF SERVER (PRINT) Carrie Rose | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivery in hand to authorized agent Corporation Service Company 84 State St Boston MA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/05
              Date

Signature of Server

Address of Server: 12 Saint Germain Street, #3   Boston, MA 02115

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.