IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 – 40253 - FDS

| | |
|---|---|
| DAVID BREMNER, Individually and as Father and Next Friend of MOLLY BREMNER, and VICKI BAKER<br>　　　Plaintiffs<br><br>vs.<br><br>A.B. CHANCE COMPANY and HUBBELL INCORPORATED<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT FILED PURSUANT TO F.R.C.P. 26(F)
AND LOCAL RULE 16.1**

The plaintiffs, David Bremner and Vicki Bremner, and the defendants, A.B. Chance Company and Hubbell Incorporated, hereby submit the following Joint Statement pursuant to F.R.C.P. 26(f) and Local Rule 16.1.

1. Initial Disclosures

    Initial Disclosures by            August 30, 2005

2. Amendments to Pleadings

    Except for Good Cause, by         September 30, 2006

3. Fact Discovery Interim Deadlines Plan

    Req. for Prod. & Ints. by         July 30, 2006

    Req. for Admissions by            July 30, 2006

    Fact Depositions by               September 30, 2006

4. <u>Fact Discovery Deadline</u>

    Fact Discovery Completed by    September 30, 2006

5. <u>Status Conference</u>

    Conference to be held by    September 30, 2006'

6. <u>Expert Discovery</u>

    Plaintiffs' Expert Disclosures by    November 30, 2006

    Defendants' Expert Disclosures by    December 31, 2006

    Expert Depositions Completed by    April 30, 2007

7. <u>Dispositive Motions</u>

    Motions to be filed by    July 31, 2007

    Oppositions filed by    September 30, 2007

8. <u>Pretrial Conference</u>

    Held by    September 30, 2007

Respectfully Submitted,

Attorney for the Plaintiffs,

    /s/ Keith A. Halpern
Keith Halpern, BBO# 545282
4 Longfellow Place
37th Floor
Boston, MA 02114
(617) 722-9952

Attorney for the Defendants,

    /s/ John A. Walsh
John A. Walsh, BBO# 560072
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567