IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BREMNER, Individually and as Father and Next Friend of MOLLY BREMNER, and VICKI BAKER<br><br>Plaintiffs<br><br>v.<br><br>A.B. CHANCE COMPANY and HUBBELL INCORPORATED<br><br>Defendants. | CIV. NO. 04-40253-FDS |

## PLAINTIFFS' RULE 16.1 CERTIFICATION

Keith Halpern, counsel for the plaintiffs, hereby affirms that I have conferred with the plaintiffs:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation though the use of alternative dispute resolution programs.

The plaintiffs have authorized counsel to sign this certification on their behalf.

David Bremner, et al.
By their Attorney,

Keith Halpern, BBO #545282
4 Longfellow Place, #3703
Boston, MA 02114
(617) 722-9952

### Certificate of Service

I hereby certify that I have this date served Defendant's Motion for Exculpatory Evidence by causing a true copy thereof to be delivered by hand to all counsel of record.
Dated: 6/30/05