# Wynn & Wynn, P.C.

• ATTORNEYS •

90 New State Highway
Raynham, MA 02767
(508) 823-4567
Fax (508) 822-4097
1 (800) 852-5211
http://www.wynnwynn.com

January 9, 2006

Elizabeth K. Balaschak
William E. Enright, Jr.
Thomas M. Grimmer
Richard A. Martone
Kevin P. McRoy
Robert F. Mills
Charles D. Mulcahy
John J. O'Day, Jr.
Kevin J. O'Malley
Thomas E. Pontes
Michael J. Princi
Rebecca C. Richardson
Janice E. Robbins
William Rosa*
Louis V. Sorgi, Jr.
Dina M. Swanson
Andrew A. Toldo
Robert Venturo
John A. Walsh
Paul F. Wynn
Thomas J. Wynn

Of Counsel
Hon. Robert L. Steadman (Ret.)
Thomas A. Maddigan
Hon. James F. McGillen, II (Ret.)
Hon. James J. Nixon (Ret.)

Admitted:
*Massachusetts and Rhode Island

Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  David Bremner, Individually and as Father and Next Fried of Molly Bremner and Vicki Baker
Vs.  A.B. Chance Company and Hubbell, Incorporated
No.  04-40253-FDS

Dear Sir/Madam:

Please withdraw Defendants' Motion to Compel Discovery Responses filed in the above matter.

If you have any questions, please feel free to contact me. Thank you for your attention to this matter.

Very truly yours,

WYNN & WYNN, P.C.

John A. Walsh

JAW/meq

cc:  Keith Halpern, Esquire
     John Mulvihill, Asst. General Counsel

Affiliate Office: Hyannis  300 Barnstable Road • Hyannis, MA 02601 • (508) 775-3665