UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bremner,_____
      Plaintiff(s)

    V.

A.B. Chance Company,_____
      Defendant(s)

CIVIL ACTION

NO. 04-40253-FDS

ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION

  After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR Program Panel in Boston, specifically Al Zabin, for the following ADR program:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | ____ | SPECIAL MASTER |
| ____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

  Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

   6/12/06          /s/ F. Dennis Saylor
    DATE         UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | __X__ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | ____ | | |