## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Bremner
        Plaintiff

V.

A.B. Chance Co.
        Defendant

CIVIL ACTION

NO. 04-40253-FDS

### SETTLEMENT ORDER OF DISMISSAL

F. Dennis Saylor, D. J.

The Court having been advised on 7/13/06 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

7/13/06
Date

Sherry Jones
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)  [stlmtodism.]